No. 78–5532. THOMPSON v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

MR. JUSTICE BRENNAN, with whom MR. JUSTICE MARSHALL joins, dissenting.

In this proceeding pursuant to 28 U. S. C. § 2254, petitioner presents the same questions presented by him in No. 76–5283, cert. denied, 429 U. S. 1053 (1977). For the reasons expressed in my dissent from the denial of certiorari in that case, I would grant the petition for certiorari and reverse the judgment of

the Court of Appeals affirming the dismissal of the petition for a writ of habeas corpus.